UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ALEXANDRA ZIMMERMANN,                          :
                                                             :        22-CV-9131 (JPC) (RWL)
                          Plaintiff,                          :
                                                             :
            - against -                                      :        **ORDER**
                                                             :
ALLSEATED, INC.,                                         :
                                                             :
                          Defendants.                    :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Within seven days following completion of mediation, the parties shall file a joint status letter.


                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: December 28, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

1